# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

VERLENE WILLIAMS

   PLAINTIFF

JUDGMENT IN A CIVIL CASE

VS

STEVEN OLIVER, Individually

CASE NO: 06-2770-V

   DEFENDANT

---

DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order On Cross Motions For Summary Judgment, entered on February 12, 2008, defendant's motion for summary judgment on the issue of qualified immunity is granted and plaintiff's motion for summary judgment is denied. Pursuant to FRCP 41, this cause is dismissed with prejudice.

APPROVED:

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

| February 13, 2008 | Thomas M. Gould |
|---|---|
| Date | Clerk of Court |

                                           s/Betty Guy
                                        (By) Deputy Clerk